CO-386-online
10/03

# United States District Court
# For the District of Columbia

Equal Rights Center                )
                                   )
                                   )
                                   )
                vs        Plaintiff )        Civil Action No._____
                                   )
Mobility, Inc., dba "Flexcar", et al.   )
                                   )
                                   )
                Defendant  )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __Equal Rights Center__ certify that to the best of my knowledge and

belief, the following are parent companies, subsidiaries or affiliates of __Equal Rights Center__ which have

any outstanding securities in the hands of the public:

The Equal Right Center is a 501(c)(3) corporation with no affiliates, parent companies or subsidiaries.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

D.C. Bar 252692
_____
BAR IDENTIFICATION NO.

Barbara K. Kagan
_____
Print Name

1330 Connecticut Ave., NW
_____
Address

Washington, DC 20036
_____
City          State          Zip Code

202-429-3000
_____
Phone Number