# AFFIDAVIT OF PROCESS SERVER

## United States District Court          District Of Columbia

**Equal Rights Center, et al**

    Plaintiff

vs.

**Mobility, Inc., d/b/a "Flexcar"**

    Defendant

Attorney:

Steptoe & Johnson, LLP
Barbara Kagan
1330 Connecticut Ave., NW
Washington, DC. 20036

**Case Number:** 1:07-cv-01824

Legal documents received by Same Day Process Service on October 23rd, 2007 at 10:00 AM to be served upon **District of Columbia, Office of the Secretary of the District of Columbia at 441 4th St., NW, Suite 1130, Washington, DC. 20001**

I, Brandon A. Snesko, swear and affirm that on **October 23rd, 2007 at 12:00 PM**, I did the following:

Served a **Government Agency** by delivering a conformed copy of this **Summons in a Civil Case; Notice of Right to Counsel to Trial Before United States Magistrate Judge; Initial Electronic Case Filing Order; ECF Registration Form; Complaint,** to Gale Rivers as **Authorized Agent** of the within named agency, to wit: **Office of the Secretary of the District of Columbia** and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Female   Age: 45   Height: 5'4   Weight: 170   Skin Color: Black   Hair Color: Black   Glasses: Y

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury under the laws of the that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

**Brandon A. Snesko**
Process Server

**Same Day Process Service**
**1322 Maryland Ave., NE**
**Washington, DC 20002**

**(202) 398-4200**

Internal Job ID: 0000005360

District of Columbia : SS
Subscribed and Sworn to before me
this 24th day of OCT 2007

B. Tony Snesko, Notary Public, D.C.
My commission expires December 14, 2011

Copyright © 2005-2007 Process Server Central, LLC. All rights reserved.