UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EQUAL RIGHTS CENTER<br>11 Dupont Circle NW<br>Suite 400<br>Washington, DC 20036-1226<br><br>ROSEMARY CIOTTI, RN, MSN<br>900 N. Stafford Street, #2322<br>Arlington, VA 22203<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>MOBILITY, INC., D/B/A "FLEXCAR"<br>140 Q Street NE<br>Suite 200<br>Washington, DC 20002,<br><br>DISTRICT OF COLUMBIA<br>Office of the Secretary of the<br>District of Columbia<br>441 Fourth Street, NW<br>Suite 1130<br>Washington, DC 20001 and<br><br>EMEKA C. MONEME, DIRECTOR<br>DISTRICT DEPARTMENT OF<br>TRANSPORTATION<br>2000 14th Street, NW, 6th Floor<br>Washington, DC 20009<br><br>　　　　　Defendants. | Docket No. 07-cv-01824<br><br>The Honorable John D. Bates |

**AFFIDAVIT IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT AGAINST EMEKA C. MONEME, DIRECTOR DISTRICT DEPARTMENT OF TRANSPORTATION AND DISTRICT OF COLUMBIA**

I hereby certify under penalty of perjury, this 15th day of November, 2007, that I am an attorney of record for the plaintiffs in the above-entitled case; that defendants, Emeka C. Moneme, Director District Department of Transportation and District of Columbia ("District Defendants") were personally served with process by a professional process server over the age of 18 and with no interest in this matter on October 23, 2007 (see attached Exhibit A and B). I further certify under penalty of perjury that District Defendants have neither filed nor served any pleading upon the attorney for the plaintiffs; no extension has been requested or given and the time for filing has expired; and, District Defendants are neither an infant nor an incompetent person.

The Clerk is requested to enter a Default against said Defendants.

Matthew I. Kepniss (Bar # 490856)
Steptoe & Johnson, LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
202-429-3000

Subscribed and sworn to before me on this 15th day of November, 2007

Janice M. Moyer
Notary Public, District of Columbia
My Commission Expires 10/14/2011

## CERTIFICATE OF SERVICE

I, Mary Sherman, hereby certify that a true and correct copy of the foregoing AFFIDAVIT IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT AGAINST EMEKA C. MONEME, DIRECTOR DISTRICT DEPARTMENT OF TRANSPORTATION AND DISTRICT OF COLUMBIA was served upon those listed below by sending said party a copy of same on November 15, 2007, by mail.

Joanne E. Watters
WilmerHale
1875 Pennsylvania Avenue, NW
Washington, DC 20006

Rick Rybeck
DC Department of Transportation
2000 14th Street, NW, 7th Floor
Washington, DC 20009

Office of the Attorney General
Government of the District of Columbia
One Judiciary Square
441 4th Street NW
Suite 1060N
Washington, DC 20001

_____
Mary Sherman

# EXHIBIT A

# AFFIDAVIT OF PROCESS SERVER

| United States District Court | District Of Columbia |
|---|---|
| **Equal Rights Center, et al** | Attorney: |
| Plaintiff | Steptoe & Johnson, LLP |
| vs. | Barbara Kagan |
|  | 1330 Connecticut Ave., NW |
|  | Washington, DC. 20036 |
| **Mobility, Inc., d/b/a "Flexcar"** |  |
| Defendant |  |

**Case Number:** 1:07-cv-01824

Legal documents received by Same Day Process Service on October 23rd, 2007 at 10:00 AM to be served upon **Emeka C. Moneme, Director, District Department of Transportation at 2000 14th St., NW, 6th Fl., Washington, DC. 20009**

I, Brandon A. Snesko, swear and affirm that on **October 23rd, 2007 at 3:30 PM**, I did the following:

Served a **Government Agency** by delivering a conformed copy of this **Summons in a Civil Case; Notice of Right to Counsel to Trial Before United States Magistrate Judge; Initial Electronic Case Filing Order; ECF Registration Form; Complaint**, to **Khalilah Ballard** as **Executive Assistant to Emeka C. Moneme & Authorized Agent** of the within named agency, to wit: **District of Columbia Department of Transportation** and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Female   Age: 25   Height: 5'7   Weight: 140   Skin Color: Black   Hair Color: Black   Glasses: N

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury under the laws of the that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
**Brandon A. Snesko**
Process Server

**Same Day Process Service**
1322 Maryland Ave., NE
Washington, DC 20002

(202) 398-4200

Internal Job ID: 0000005359

District of Columbia : SS
Subscribed and Sworn to before me
this 24th day of Oct, 2007

_____
B. Tony Snesko, Notary Public, D.C.
My commission expires December 14, 2011

Copyright © 2005-2007 Process Server Central, LLC. All rights reserved.

# EXHIBIT B

# AFFIDAVIT OF PROCESS SERVER

**United States District Court**  **District Of Columbia**

**Equal Rights Center, et al**

    Plaintiff

vs.

**Mobility, Inc., d/b/a "Flexcar"**

    Defendant

Attorney:

Steptoe & Johnson, LLP
Barbara Kagan
1330 Connecticut Ave., NW
Washington, DC. 20036

**Case Number:** 1:07-cv-01824

Legal documents received by Same Day Process Service on October 23rd, 2007 at 10:00 AM to be served upon **District of Columbia, Office of the Secretary of the District of Columbia at 441 4th St., NW, Suite 1130, Washington, DC. 20001**

I, Brandon A. Snesko, swear and affirm that on **October 23rd, 2007 at 12:00 PM**, I did the following:

Served a **Government Agency** by delivering a conformed copy of this **Summons in a Civil Case; Notice of Right to Counsel to Trial Before United States Magistrate Judge; Initial Electronic Case Filing Order; ECF Registration Form; Complaint**, to **Gale Rivers** as **Authorized Agent** of the within named agency, to wit: **Office of the Secretary of the District of Columbia** and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Female   Age: 45   Height: 5'4   Weight: 170   Skin Color: Black   Hair Color: Black   Glasses: Y

**Supplemental Data Appropriate to this Service:**


I declare under penalty of perjury under the laws of the that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
Brandon A. Snesko
Process Server

**Same Day Process Service**
1322 Maryland Ave., NE
Washington, DC 20002

(202) 398-4200

Internal Job ID: 0000005360

District of Columbia : SS
Subscribed and Sworn to before me
this 24TH day of OCT, 2007

_____
B. Tony Snesko, Notary Public, D.C.
My commission expires December 14, 2011

Copyright © 2005-2007 Process Server Central, LLC. All rights reserved.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EQUAL RIGHTS CENTER
11 Dupont Circle NW
Suite 400
Washington, DC 20036-1226

ROSEMARY CIOTTI, RN, MSN
900 N. Stafford Street, #2322
Arlington, VA 22203

          Plaintiffs,

    v.

MOBILITY, INC., D/B/A "FLEXCAR"
140 Q Street NE
Suite 200
Washington, DC 20002,

DISTRICT OF COLUMBIA
Office of the Secretary of the
District of Columbia
441 Fourth Street, NW
Suite 1130
Washington, DC 20001 and

EMEKA C. MONEME, DIRECTOR
DISTRICT DEPARTMENT OF
TRANSPORTATION
2000 14th Street, NW, 6th Floor
Washington, DC 20009

          Defendants.

Docket No. 07-cv-01824

The Honorable John D. Bates

## DEFAULT

It appearing that Emeka C. Moneme, Director District Department of Transportation and District of Columbia have failed to plead or otherwise defend this action though duly served with

- 2 -

summons and copy of complaint on the 23rd day of October, 2007, and an affidavit on behalf of the plaintiffs having been filed, it is this _____ day of _____, _____ declared that Emeka C. Moneme, Director District Department of Transportation and District of Columbia, defendants herein are in default.

                                          Nancy M. Mayer-Whittington, Clerk

                                          By: _____
                                                   Deputy Clerk