UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EQUAL RIGHTS CENTER
11 Dupont Circle NW
Suite 400
Washington, DC 20036-1226

ROSEMARY CIOTTI, RN, MSN
900 N. Stafford Street, #2322
Arlington, VA 22203

                    Plaintiffs,

      v.

MOBILITY, INC., D/B/A "FLEXCAR"
140 Q Street NE
Suite 200
Washington, DC 20002,

DISTRICT OF COLUMBIA
Office of the Secretary of the
District of Columbia
441 Fourth Street, NW
Suite 1130
Washington, DC 20001 and

EMEKA C. MONEME, DIRECTOR
DISTRICT DEPARTMENT OF
TRANSPORTATION
2000 14th Street, NW, 6th Floor
Washington, DC 20009

                    Defendants.

Docket No. 07-cv-01824

The Honorable John D. Bates

## MILITARY AFFIDAVIT

(Certificate in Compliance With Soldiers and Sailors Civil Relief Act of 1940, As Amended in
1942 & 1960 Title 50, Appendix, Section 520, United States Code)

I hereby certify under penalty of perjury, this 16th day of November, 2007, that I am the duly authorized agent of the plaintiffs in the above-listed case and make this certificate in plaintiffs' behalf.

I make this certificate pursuant to the provisions of the Soldiers and Sailors Civil Act of 1940 and the provisions of the Soldiers and Sailors Civil Relief Act Amendments of 1942 and 1960; that on behalf of the plaintiffs, I have conducted research and phoned the office of the above named defendant, Emeka C. Moneme, Director District Department Of Transportation, to ascertain whether or not said defendant, is in the military service of the United States or its Allies and that a result of said actions, I have discovered, to the best of my knowledge, and do hereby allege that said defendant is not in the military service of the United States or its Allies, that is to say said defendant is not a member of the Army of the United States, the United States Navy, the Marine Corps, the Coast Guard and is not an officer of the public Health Service detailed by proper authority for duty either with the Army or Navy, and said defendant is not on active duty with any branches aforesaid, nor is said defendant under training or education under the supervision of the United States preliminary to induction into the military services; and the defendant is not serving with the forces of any nation with which the United States is allied in the prosecution of any war, nor has said defendant been ordered to report for induction under the Selective Training and Service Act of 1940, as amended, nor is the defendant a member of the Enlisted Reserve Corps ordered to report for military service, but is employed as the Director of the District of Columbia Department Of Transportation.

*Matthew I. Kepniss*
Matthew I. Kepniss (Bar # 490856)
Steptoe & Johnson, LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
202-429-3000

Subscribed and sworn to before me on this 16th day of November, 2007

Janice M. Moyer
Notary Public, District of Columbia
My Commission Expires 10/14/2011

## CERTIFICATE OF SERVICE

I, Mary Sherman, hereby certify that a true and correct copy of the foregoing MILITARY AFFIDAVIT was served upon those listed below by sending said party a copy of same on November 16, 2007, by mail.

Joanne E. Watters
WilmerHale
1875 Pennsylvania Avenue, NW
Washington, DC 20006

Rick Rybeck
DC Department of Transportation
2000 14th Street, NW, 7th Floor
Washington, DC 20009

Office of the Attorney General
Government of the District of Columbia
One Judiciary Square
441 4th Street NW
Suite 1060N
Washington, DC 20001

_____
Mary Sherman