# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| Equal Rights Center, et al. )<br>)<br>Plaintiff, )<br>v. )<br>)<br>)<br>MOBILITY INC., d/b/a ZipCar, et al. )<br>)<br>Defendants, )<br>) | Civil Action No. 07-cv-01824-JDB |

## ENTRY OF APPEARANCE

The Clerk of the Court will please ENTER the appearance of Ellen A. Efros, Office of the Attorney General for the District of Columbia, as counsel for District Defendants, District of Columbia, and District of Columbia Department of Transportation (DDOT), in the above-captioned matter.

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

/s/ Ellen A. Efros
ELLEN A. EFROS [250746]
Chief, Equity I
441 Fourth Street, N.W., Suite 6S079
Washington, D.C. 20001
(202) 442-9886 (telephone)
(202) 727-3625 (fax)
ellen.efros@dc.gov

/s/ Denise J. Baker
DENISE J. BAKER 493414
Assistant Attorney General

441 Fourth Street, N.W., Suite 6S079
Washington, D.C. 20001
(202) 442-9887 (telephone)
(202) 727-3625 (fax)
denise.baker@dc.gov