**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| Equal Rights Center, et al. | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 07-cv-01824-JDB |
| MOBILITY INC., d/b/a FLEXCAR, et al. | ) | |
| Defendants, | ) | |

## **ERRATA**

**TO THE CLERK:**

Kindly correct the Notices of Appearance for Denise J. Baker and Ellen Efros docketed at Nos. 10 and 11, respectively, in the above-captioned matter. The caption incorrectly references a named defendant as "MOBILITY INC., d/b/a, ZIPCAR, et al." The caption should name the defendant as "MOBILITY INC., d/b/a, FLEXCAR, et al.," as properly referenced above.

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

/s/ Ellen A. Efros
ELLEN A. EFROS [250746]
Chief, Equity I

/s/ Denise J. Baker
DENISE J. BAKER 493414
Assistant Attorney General
441 Fourth Street, N.W., Suite 6S079
Washington, D.C. 20001
(202) 442-9887 (telephone)
(202) 727-3625 (fax)