## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

| | |
|---|---|
| EQUAL RIGHTS CENTER, ET AL., § <br> § <br> Plaintiffs, § <br> § <br> vs. § <br> § <br> § <br> MOBILITY, INC. D/B/A § <br> FLEXCAR, ET AL., § <br> 140 Q Street, NW § <br> Suite 200 § <br> Washington, DC 20002 § <br> § <br> Defendants. § | Civil Action No. 07-cv-01824-JDB |

## JOINT MOTION FOR EXTENSION OF TIME

Defendant Mobility, Inc. d/b/a Flexcar ("Flexcar") and Plaintiffs Equal Rights Center and Rosemary Ciotti (together, "Plaintiffs") hereby move this Court to grant Flexcar an extension of time to Answer or otherwise respond to the above-captioned Complaint.

Plaintiffs and Flexcar have entered into settlement discussions in order to amicably resolve the issues in the Complaint. The interests of judicial economy and efficiency will be served if the Court grants this Joint Motion to extend the time for Flexcar to Answer or otherwise respond up to and including February 1, 2008.

Respectfully submitted,

| | |
|---|---|
| FLEXCAR | EQUAL RIGHTS CENTER, ET AL. |
| By Counsel, | By Counsel, |

\_\_\_\_\_/s/_____    \_\_\_\_\_/s/_____

Joanne E. Waters, Bar No. 481437　　　　　Barbara K. Kagan, Bar No. 252692
Wilmer Cutler Pickering Hale and Dorr LLP　Cynthia L. Quarterman, Bar No. 417700
1875 Pennsylvania Avenue, NW　　　　　　Matthew I. Kepniss, Bar No. 490865
Washington, DC 20006　　　　　　　　　　Steptoe & Johnson, LLP
(202) 663-6579　　　　　　　　　　　　　　1330 Connecticut Avenue
(202) 663-6363 (fax)　　　　　　　　　　　Washington, DC 20036
　　　　　　　　　　　　　　　　　　　　(202) 429-3000
　　　　　　　　　　　　　　　　　　　　(202) 429-3902 (fax)

– and –

\_\_\_\_\_/s/_____
E. Elaine Gardner, Bar No. 217262
Washington Lawyer's Committee for
Civil Rights and Urban Affairs
11 Dupont Circle, NW Suite 400
Washington, DC 20036
(202) 319-1000 ext. 131
(202) 319-1010 (fax)

Date: December 18, 2007

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| EQUAL RIGHTS CENTER, ET AL., § <br> § <br> Plaintiffs, § <br> § <br> vs. § <br> § <br> § <br> MOBILITY, INC. D/B/A § <br> FLEXCAR, ET AL., § <br> 140 Q Street, NW § <br> Suite 200 § <br> Washington, DC 20002 § <br> § <br> Defendants. § | Civil Action No. 07-cv-01824-JDB |

## ORDER

THIS MATTER comes before the Court on this ____ day of December 2007, upon the Joint Motion for Extension of Time (the "Motion") of Defendant Mobility, Inc. d/b/a Flexcar ("Flexcar") and Plaintiffs Equal Rights Center and Rosemary Ciotti.

UPON CONSIDERATION WHEREOF and for good cause shown, the Motion is hereby GRANTED and Flexcar's Answer or other response is due on or before February 1, 2008.

_____
The Honorable John D. Bates
United States District Court


Date:   _____, 2007