## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

| | |
|---|---|
| EQUAL RIGHTS CENTER, ET AL., § | |
| § | |
| Plaintiffs, § | |
| § | |
| vs. § | Civil Action No. 07-cv-01824-JDB |
| § | |
| § | |
| MOBILITY, INC. D/B/A § | |
| FLEXCAR, ET AL., § | |
| 140 Q Street, NW § | |
| Suite 200 § | |
| Washington, DC 20002 § | |
| § | |
| Defendants. § | |

## **CERTIFICATE RULE LCvR 7.1**

Certificate required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia:

I, the undersigned, counsel of record for Mobility Inc. d/b/a Flexcar ("Flexcar"), certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Flexcar that have any outstanding securities in the hands of the public:

None.  Flexcar has no parent companies, subsidiaries or affiliates that have any outstanding securities in the hands of the public.

These representations are made in order that judges of this Court may determine the need for recusal.

                                  Attorney of Record for Flexcar

                                _____/s/_____

                                Joanne E. Waters, Bar No. 481437
                                Wilmer Cutler Pickering Hale and Dorr LLP
                                1875 Pennsylvania Avenue, NW
                                Washington, DC 20006
                                (202) 663-6579
                                (202) 663-6363 (fax)

Date: December 18, 2007