**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| EQUAL RIGHTS CENTER, et al. | : | |
| | : | Docket No. 07-cv-01824 |
| Plaintiffs, | : | |
| | : | The Honorable John D. Bates |
| v. | : | |
| | : | |
| MOBILITY, INC., D/B/A "FLEXCAR", et al. | : | |
| | : | |
| Defendants. | : | |
| | : | |

## <u>CONSENT MOTION TO STAY PROCEDURAL SCHEDULE</u>

The parties hereby move this Court to stay the procedural schedule in the above captioned matter, including the time for Mobility Inc., d/b/a Flexcar ("Flexcar") to answer or otherwise respond, until March 1, 2008.  Plaintiffs and Flexcar are engaged in serious settlement discussions in order to amicably resolve the issues in the Complaint.  The interests of judicial economy and efficiency will be served if the Court grants this Consent Motion to stay the schedule, including Flexcar's time to answer or otherwise respond, until March 1, 2008.

Dated:  January 10, 2008

Respectfully Submitted,

MOBILITY, INC., D/B/A "FLEXCAR",

____/S/__Joanne E. Waters_____
Joanne E. Waters, Bar No. 481437
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 663-6579
(202) 663-6363 (fax)

EQUAL RIGHTS CENTER ET AL.,

_____/S/_ Matthew I. Kepniss_____
Matthew I. Kepniss, Bar No. 490856
Steptoe & Johnson, LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
(202) 429-3000
(202) 429-3902 (fax)

DISTRICT OF COLUMBIA,

_____/S/ Denise J. Baker _____
Denise J. Baker, Bar No. 493414
Assistant Attorney General
441 Fourth Street, N.W., Suite 6S079
Washington, D.C. 20001
(202) 442-9887 (telephone)
(202) 727-3625 (fax)

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

EQUAL RIGHTS CENTER, et al.          :
                                     :          Docket No. 07-cv-01824
                    Plaintiffs,      :
                                     :          The Honorable John D. Bates
          v.                         :
                                     :
MOBILITY, INC., D/B/A "FLEXCAR",     :
et al.                               :
                                     :
                    Defendants.      :
_____     :

## <u>ORDER</u>

THIS MATTER comes before the Court on this _____ day of January 2008, upon the

parties' Consent Motion to Stay the Procedural Schedule (the "Motion").

UPON CONSIDERATION WHEREOF and for good cause shown, the Motion is hereby

GRANTED and the procedural schedule, including the time for Mobility Inc., d/b/a Flexcar to

answer or otherwise respond, is stayed until March 1, 2008.


_____
The Honorable John D. Bates
United States District Court


Dated:  January 10, 2008