UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EQUAL RIGHTS CENTER, et al. : | |
| : | Docket No. 07-cv-01824 |
| Plaintiffs, : | |
| : | The Honorable John D. Bates |
| v. : | |
| : | |
| MOBILITY, INC., D/B/A "FLEXCAR", : et al. | |
| : | |
| Defendants. : | |

**JOINT MOTION TO EXTEND THE STAY TO THE PROCEDURAL SCHEDULE**

Plaintiffs and Mobility Inc., d/b/a Flexcar ("Flexcar"), hereby move this Court to extend the stay to the procedural schedule in the above captioned matter, including the time for Flexcar to answer or otherwise respond, until April 1, 2008.  Plaintiffs and Flexcar continue to be engaged in serious settlement discussions in order to amicably resolve the issues in the Complaint.  The interests of judicial economy and efficiency will be served if the Court grants this Joint Motion to stay the schedule, including Flexcar's time to answer or otherwise respond, until April 1, 2008.


Dated:  February 19, 2008

- 2 -

                                                Respectfully Submitted,

| MOBILITY, INC., D/B/A "FLEXCAR", | EQUAL RIGHTS CENTER ET AL., |
|---|---|
| ____/S/__ Joanne E. Waters_____ | ____/S/_ Matthew I. Kepniss_____ |
| Joanne E. Waters, Bar No. 481437 | Matthew I. Kepniss, Bar No. 490856 |
| Wilmer Cutler Pickering Hale and Dorr LLP | Steptoe & Johnson, LLP |
| 1875 Pennsylvania Avenue, NW | 1330 Connecticut Avenue, NW |
| Washington, DC 20006 | Washington, DC 20036 |
| (202) 663-6579 | (202) 429-3000 |
| (202) 663-6363 (fax) | (202) 429-3902 (fax) |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    :
EQUAL RIGHTS CENTER, et al.         :
                                    :    Docket No. 07-cv-01824
            Plaintiffs,             :
                                    :    The Honorable John D. Bates
     v.                             :
                                    :
MOBILITY, INC., D/B/A "FLEXCAR",    :
et al.                              :
                                    :
            Defendants.             :
_____ :

**<u>ORDER</u>**

THIS MATTER comes before the Court on this ____ day of February 2008, upon the Plaintiffs and Mobility Inc.'s, d/b/a Flexcar ("Flexcar"), Joint Motion to Extend the Stay to the Procedural Schedule (the "Motion").

UPON CONSIDERATION WHEREOF and for good cause shown, the Motion is hereby GRANTED and the procedural schedule, including the time for Flexcar to answer or otherwise respond, is stayed until April 1, 2008.

_____
The Honorable John D. Bates
United States District Court


Dated:  February 19, 2008