UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| EQUAL RIGHTS CENTER, et al. : <br> : <br> Plaintiffs, : <br> : <br> v. : <br> : <br> MOBILITY, INC., D/B/A "FLEXCAR", : <br> et al. : <br> : <br> Defendants. : <br> : | Docket No. 07-cv-01824 <br><br> The Honorable John D. Bates |

**JOINT MOTION TO EXTEND THE STAY TO THE PROCEDURAL SCHEDULE**

Plaintiffs and Mobility Inc., d/b/a Flexcar ("Flexcar"), hereby move this Court to extend the stay to the procedural schedule in the above captioned matter, including the time for Flexcar to answer or otherwise respond, until June 2, 2008. Plaintiffs and Flexcar continue to be engaged in serious settlement discussions in order to amicably resolve the issues in the Complaint. The interests of judicial economy and efficiency will be served if the Court grants this Joint Motion to stay the schedule, including Flexcar's time to answer or otherwise respond, until June 2, 2008.

Dated: March 31, 2008

US1DOCS 6615394v1

- 2 -

|  | Respectfully Submitted, |
|---|---|
| MOBILITY, INC., D/B/A "FLEXCAR", | EQUAL RIGHTS CENTER ET AL., |
| ____/S/___ Joanne E. Waters_____ | ____/S/__ Matthew I. Kepniss_____ |
| Joanne E. Waters, Bar No. 481437 | Matthew I. Kepniss, Bar No. 490856 |
| Wilmer Cutler Pickering Hale and Dorr LLP | Steptoe & Johnson, LLP |
| 1875 Pennsylvania Avenue, NW | 1330 Connecticut Avenue, NW |
| Washington, DC 20006 | Washington, DC 20036 |
| (202) 663-6579 | (202) 429-3000 |
| (202) 663-6363 (fax) | (202) 429-3902 (fax) |

- 3 -

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EQUAL RIGHTS CENTER, et al. : | |
| : | Docket No. 07-cv-01824 |
| Plaintiffs, : | |
| : | The Honorable John D. Bates |
| v. : | |
| : | |
| MOBILITY, INC., D/B/A "FLEXCAR", : | |
| et al. : | |
| : | |
| Defendants. : | |

### **ORDER**

THIS MATTER comes before the Court on this ____ day of March 2008, upon the Plaintiffs and Mobility Inc.'s, d/b/a Flexcar ("Flexcar"), Joint Motion to Extend the Stay to the Procedural Schedule (the "Motion").

UPON CONSIDERATION WHEREOF and for good cause shown, the Motion is hereby GRANTED and the procedural schedule, including the time for Flexcar to answer or otherwise respond, is stayed until June 2, 2008.

_____
The Honorable John D. Bates
United States District Court

Dated: March 31, 2008