UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EQUAL RIGHTS CENTER, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>MOBILITY, INC.,<br>d/b/a FLEXCAR, et al.,<br><br>  Defendants. | Civil Action No.  07-1824  (JDB) |

## ORDER

Upon consideration of the parties' request to stay the procedural schedule, and the entire record herein, it is hereby

**ORDERED** that the procedural schedule, including the time for Mobility Inc., d/b/a Flexcar to answer or otherwise respond to the complaint, is stayed until July 20, 2008, and it is further

**ORDERED** that this matter shall be referred to Magistrate Judge Facciola for the sole purpose of the facilitation of settlement discussions for a period of not more than sixty (60) days. The parties shall promptly notify the Court if the case settles in whole or in part.

**SO ORDERED**.

/s/
JOHN D. BATES
United States District Judge

Dated: May 20, 2008