REFERRAL TO MAGISTRATE JUDGE

CATEGORY: TYPE L

Co 299 (Revised-DC 03/00)

| CAUSE OF ACTION: | Viol. of the Americans with Disabilities Act of 1990 | | | |
|---|---|---|---|---|
| CASE NO: 07-1824 | DATE REFERRED: 05/20/08  DISPOSITION DATE: | PURPOSE: Settlement Discussions | JUDGE: John D. Bates | MAG. JUDGE John M. Facciola |
| **PLAINTIFF(S):** EQUAL RIGHTS CENTER, et al | | | **DEFENDANT(S):** MOBILITY, INC., et al | |
| ENTRIES: | | | | |