UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| EQUAL RIGHTS CENTER, et al. | : | Docket No. 07-cv-01824 |
| Plaintiffs, | : | |
| | : | The Honorable John D. Bates |
| v. | : | |
| MOBILITY, INC., D/B/A "FLEXCAR", et al. | : | |
| Defendants. | : | |

**JOINT MOTION TO EXTEND THE MEDIATION REFERRAL PERIOD AND PROCEDURAL STAY PENDING MEDIATION**

Plaintiffs and Mobility Inc., d/b/a Flexcar ("Flexcar"), hereby move this Court to extend the mediation referral period and the procedural stay in the above captioned matter, which would include the time for Flexcar to answer or otherwise respond, until September 19, 2008. Pursuant to the parties' request, the Court referred this case to Magistrate Judge John M. Facciola for mediation on the issue of damages for a period of sixty (60) days, commencing on May 20, 2008 and concluding on July 20, 2008. During this time period, the Court stayed the case. Due to various reschedulings, the mediation hearing has been postponed until August 15, 2008. The interests of judicial economy and efficiency will be served if the Court grants this Joint Motion to Extend the Mediation Referral Period and Procedural Stay Pending Mediation, including Flexcar's time to answer or otherwise respond, until September 19, 2008.

Dated:  July 3, 2008

                        Respectfully Submitted,

| MOBILITY, INC., D/B/A "FLEXCAR", | EQUAL RIGHTS CENTER ET AL., |
|---|---|
| ____/S/____Joanne E. Waters_____ | ____/S/___Matthew I. Kepniss_____ |
| Joanne E. Waters, Bar No. 481437 | Matthew I. Kepniss, Bar No. 490856 |
| Wilmer Cutler Pickering Hale and Dorr LLP | Steptoe & Johnson, LLP |
| 1875 Pennsylvania Avenue, NW | 1330 Connecticut Avenue, NW |
| Washington, DC 20006 | Washington, DC 20036 |
| (202) 663-6579 | (202) 429-3000 |
| (202) 663-6363 (fax) | (202) 429-3902 (fax) |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| EQUAL RIGHTS CENTER, et al. | : | Docket No. 07-cv-01824 |
| Plaintiffs, | : | |
| | : | The Honorable John D. Bates |
| v. | : | |
| MOBILITY, INC., D/B/A "FLEXCAR", et al. | : | |
| Defendants. | : | |

## ORDER

THIS MATTER comes before the Court on this ____ day of July 2008, upon the Plaintiffs and Mobility Inc.'s, d/b/a Flexcar ("Flexcar"), Joint Motion to Extend the Mediation Referral Period and Procedural Stay Pending Mediation (the "Motion").

UPON CONSIDERATION WHEREOF and for good cause shown, the Motion is hereby GRANTED and the mediation referral period and procedural stay, including the time for Flexcar to answer or otherwise respond, is extended until September 19, 2008.

_____
The Honorable John D. Bates
United States District Court

Dated:  July 3, 2008